THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)　　　　efiled 6/14/07
By: Rebecca M. Archer, Deputy (SBN 202743)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-47686
Facsimile: (650) 363-4034

Attorneys for Defendants
COUNTY OF SAN MATEO

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| DAVID GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER WILLIAMS; OFFICER CLAYTON; POLICE CHIEF RONALD L. DAVIS; CITY OF EAST PALO ALTO; COUNTY OF SAN MATEO; and DOES 1-10, <br><br> Defendants. | Case No. CIV 06-04078 JF <br><br> **APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION CURRENTLY DUE ON JUNE 15, 2007** |

Pursuant to Local Rules of the United States District Court for the Northern District of California, Rule 7-11, defendants hereby apply for a 30 day extension of time to file a dispositive motion in this action pursuant to the court's Order of Service filed April 16, 2007. Dispositive motions are currently due on June 15, 2007 pursuant to the April 16, 2007 Order.

**Declaration of Rebecca M. Archer in Support of Ex Parte Application to Extend Time.**

Rebecca M. Archer declares as follows:

1.　　This office represents defendant, County of San Mateo, in the above-captioned action. On or about May 16, 2007, this office received the court's Order of Service directing defendants to file and serve a motion for summary judgment or other dispositive motion no

later than June 15, 2007. That Order was served on the County Board of Supervisors on May 8, 2007.

2. This request is made necessary by the press of business in my office and the need for further investigation into the facts of this case. Since receipt of the Order of Service in this case, I have had to prepare post-arbitration briefing, a motion for summary judgment, and a trial in federal court. As a result, I have not had adequate time to prepare the dispositive motion in this case, and would ask that the court extend the time in which defendants may file such a motion. I have contacted the Sheriff's office for further information on its involvement, if any, in the matters alleged in the Complaint and am awaiting reply and further investigation.

3. I believe defendants have a good faith defense to this case, and that a dispositive motion is appropriate.

4. Defendants have not requested and the court has not granted any previous extension of time in this case.

5. I would propose the following alternative briefing schedule:

- No later than July 13, 2007, defendants file and serve a summary judgment or other dispositive motion.
- No later than August 10, 2007, plaintiffs file and serve opposition to the dispositive motion.
- No later than August 21, 2002, defendants file their reply, if any, to the plaintiff's opposition to said motion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Redwood City, California on June 11, 2007.

Rebecca M. Archer, Deputy County Counsel

Case No. CIV 06-04078 JF                                       2
APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION CURRENTLY DUE ON JUNE 15, 2007

## ORDER

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that defendants are granted an extension of time to file a dispositive motion herein, and that the alternative briefing schedule set forth above is hereby adopted.

DATED: June 14, 2007



JEREMEY FOGEL

Judge of the United States District Court

L:\LITIGATE\G_CASES\Garcia, David\Pleadings\Application for Extension.doc

1 | THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: Rebecca M. Archer, Deputy (SBN 202743)
2 | Hall of Justice and Records
400 County Center, 6th Floor
3 | Redwood City, CA  94063
Telephone: (650) 363-47686
4 | Facsimile:  (650) 363-4034

5 | Attorneys for Defendants
COUNTY OF SAN MATEO

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| DAVID GARCIA | Case No. CIV 06-04078 JF |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| OFFICER WILLIAMS; OFFICER CLAYTON; POLICE CHIEF RONALD L. DAVIS; CITY OF EAST PALO ALTO; COUNTY OF SAN MATEO; and DOES 1-10, | |
| Defendants. | |

Case No. CIV 06-04078 JF

PROOF OF SERVICE

# PROOF OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On June 11, 2007, I served the following document(s):

**APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION CURRENTLY DUE ON JUNE 15, 2007**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] **(BY U.S. MAIL)** by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] **(BY FEDERAL EXPRESS)** by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by Federal Express.

[ ] **(BY FACSIMILE TRANSMISSION)** by telefaxing a true copy of said document(s) at ____, __m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

COLLEEN PASSMORE

DAVID GARCIA V. COUNTY OF SAN MATEO et al., - CIV 06-04078 JF

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Please see attached service list.

Case No. CIV 06-04078 JF                2
APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION CURRENTLY DUE ON JUNE 15, 2007

## SERVICE LIST

| David Santana Garcia<br>348 Azalia Drive #26<br>East Palo Alto, CA 94303<br>Telephone: 650-322-3653 | *IN PRO PER* |
|---|---|